UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JORGE MORA FRAGA,

      Plaintiff,

      v.

DAVID JENNINGS, et al.,

      Defendants.

Case No.  21-cv-01434-JST   (RMI)

**ORDER ON MOTION TO WITHDRAW AS PLAINTIFF-PETITIONER'S ONLY ATTORNEYS**

Dkt. No. 68

Attorneys Judah Lakin and Amalia Wille moved to withdraw as counsel for Petitioner-Plaintiff, Jorge Mora Fraga. (Pet. Mot., Dkt. 68.) They do so on the ground that there has been a breakdown in the attorney-client relationship such that they cannot effectively carry out further representation of Mora Fraga in this matter, citing to California Rules of Professional Conduct 1.16(b)(4). (*Id.* at 2.) Attorneys Judah Lakin and Amalia Wille provided written notice to Mora Fraga of their intent to withdraw and provided him with a copy of their Motion to Withdraw and supporting declaration. (*Id.*; Declaration of Judah Lakin, Dkt. 68-1.)

On February 26, 2026, the Motion to Withdraw was referred to the undersigned. (Dkt. 69.) On February 27, 2026, Respondents filed a statement of non-opposition in response to the pending Motion. (Dkt. 70.) The Motion came before the court for a hearing on March 18, 2026. (Dkt. 71.) At the hearing, the court found good cause and granted the Motion to Withdraw on the condition that attorneys Judah Lakin and Amalia Wille abide by the Local Rules' requirements for conditional withdrawal. (LR 11-5(b)) (permitting conditional withdrawal of counsel where "papers may continue to be served on counsel for forwarding purposes, unless and until the client appears by other counsel or pro se.") Thus, Judah Lakin and Amalia Wille shall continue to forward papers

to Mora Fraga that pertain to this case, unless and until Mora Fraga appears by other counsel or pro se, and the Motion to Withdraw is GRANTED as to both attorneys.

Petitioner Jorge Mora Fraga is instructed to file a notification with the court within 14 days explaining whether he intends to secure new counsel or proceed pro se.

**IT IS SO ORDERED.**

Dated: March 18, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California

2